IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | |
| ) | 1:08cr79(JCC) |
| KYLE DUSTIN FOGGO, ) | |
|     a/k/a "DUSTY" FOGGO, ) | |
| ) | |
|     Defendant. ) | |

## **O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Motion to Dismiss is DENIED IN PART;

(2) The Court shall take under advisement the question of whether Counts 27 and 28 of the second superseding indictment should be dismissed;

(3) Defendant's Motion for a Bill of Particulars is DENIED; and

(4) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

July 14, 2008                         _____/s/_____
Alexandria, Virginia                         James C. Cacheris
                                    UNITED STATES DISTRICT COURT JUDGE