IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF VIRGINIA

Alexandria Division

```
UNITED STATES OF AMERICA      )
                              )
            v.                )
                              )   1:08cr79(JCC)
KYLE DUSTIN FOGGO,            )
     a/k/a "DUSTY" FOGGO,     )
                              )
     Defendant.              )
```

**O R D E R**

For the reasons stated in the accompanying Memorandum Opinion, it is hereby ORDERED that:

(1) Defendant's Motion to Dismiss Counts 27 and 28 of the second superseding indictment is DENIED;

(2) The Government's Motion for Leave to File a Sur-Reply is GRANTED; and

(3) the Clerk of the Court shall forward copies of this Order and accompanying Memorandum Opinion to all counsel of record.

```
July 31, 2008            _____/s/_____
Alexandria, Virginia            James C. Cacheris
                         UNITED STATES DISTRICT COURT JUDGE
```