FILED WITH THE
COURT SECURITY OFFICER
CSO:
DATE: 5/31/08

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF VIRGINIA

Alexandria Division

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 1:08cr0079 (JCC) |
| v. | |
| KYLE DUSTIN FOGGO, | |
| Defendant. | |

## ORDER